UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VERONICA WRIGHT                                      CIVIL ACTION NO. 26-cv-578

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

USA                                                  MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Veronica Wright ("Plaintiff") filed this FTCA action against the United States based on allegations that she was injured in an auto accident when a government employee drove a vehicle into the rear of Plaintiff's vehicle.  The United States responded with a Motion for More Definite Statement (Doc. 6) that complained the complaint did not identify the individual federal employee involved in the accident or the government agency that employed him.

The court suggested that counsel could resolve the motion by Plaintiff filing an amended complaint, which would not require a motion for leave if filed within 21 days after the motion to dismiss.  Plaintiff instead responded with a memorandum in which counsel explained that he avoided mentioning the name of the employee or agency so as not to run afoul of the rule against suing them directly in an FTCA suit.  Plaintiff's memorandum specified the name, address, and employing federal agency for the other driver.

The United States did not file a reply memorandum, so the court inquired whether Plaintiff's response was adequate to satisfy the motion so that it could be denied as moot.

Counsel for the United States replied that they wish the name of the driver and agency to be listed in the actual complaint because there is a potential independent contractor defense, and they need confirmation in the pleading itself in the event the government files a Rule 12 motion to dismiss (which is based primarily on the facts in the complaint).

The United States' **Motion for More Definite Statement (Doc. 6)** is **granted**. Plaintiff is directed to file by **July 3, 2026** a motion for leave to file an amended complaint, accompanied by (1) a proposed amended complaint as required by Local Rule 7.5 that identifies the other driver and his employing agency, (2) a proposed order as required by Local Rule 7.3 that would grant the motion, and (3) a certificate as required by Local Rule 7.4.1 that states whether counsel for the United States has any opposition to the proposed amendment.

Plaintiff's counsel may wish to also remove from the proposed amended complaint the references in the prayer to (1) legal interest that could be construed as a demand for prejudgment interest and (2) any request for equitable relief.  That will avoid the risk of another round of motion practice along the lines of that seen in <u>Nester v. U.S.</u>, 26-cv-0529.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 17th day of June, 2026.

Mark L. Hornsby
U.S. Magistrate Judge

Page **2** of **2**